424

719 A.2d 311

**Mary A. CULLEN, Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL
BOARD (CITY OF PHILADELPHIA).**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1998.

Decided Nov. 9, 1998.

Julian C. Wessell, III, James P. McNally, Philadelphia, for Mary A. Cullen.

Jonathan F. Ball, Philadelphia, for City of Philadelphia.

David Hawkins, Secretary, for W.C.A.B.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.